

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-16-00300-CV |
| | § | |
| DISH NETWORK, LLC, AND ECHOSPHERE, LLC, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| RELATORS. | § | |
| | § | |

## **O R D E R**

The Real Party in Interest, Yvette Delgado, filed a motion to modify the judgment to extend the deadline for the trial court to rule on the motion to compel arbitration in accordance with the opinion and judgment issued in this case. As the parties are aware, Relators recently filed a new mandamus in cause number 08-17-00161-CV. The Court will not act on the motion to modify the judgment or issue the writ of mandamus in this case pending resolution of cause number 08-17-00161-CV or further order of the Court.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.